# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**CARL WATTS**                                                                               **PLAINTIFF**

**v.**                                         **CAUSE NO. 5:17-cv-38-DCB-MTP**

**RICHARD PICKETT, et al.**                                        **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the Letter Motion to Be Placed in Protective Custody **[Doc. 17]** filed by Plaintiff Carl Watts and the unobjected-to Report and Recommendation **[Doc. 24]** of Magistrate Judge Michael T. Parker.

Magistrate Judge Parker recommends that the Court deny Watts's motion. Watts is an inmate housed at Wilkinson County Correctional Facility. He asks the Court to order Defendants to place him in a protective custody unit in another prison. Watts seeks a transfer because he fears that other prisoners who have robbed and assaulted him in the past will do so again.

Liberally construing Watts's motion as a request for a preliminary injunction, Magistrate Judge Parker concludes that Watts shows neither a substantial likelihood of success on the merits, nor the possibility of irreparable harm. In so holding, Magistrate Judge Parker finds that Defendants have implemented safety measures minimizing the risk that Watts will fall victim to

another prison attack. Magistrate Judge Parker further finds that Watts fails to show that these safety measures are insufficient or that they will not be followed.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Report and Recommendation **[Doc. 24]** of Magistrate Judge Michael T. Parker, to which no objections were filed, is **ADOPTED** as the findings and conclusions of this Court;

**FURTHER ORDERED** that the Letter Motion to Be Placed in Protective Custody **[Doc. 17]** filed by Plaintiff Carl Watts is **DENIED**.

**SO ORDERED,** this the 11th day of December, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE