UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CARL WATTS, # 77138                                           PLAINTIFF

VS.                                            CIVIL ACTION NO. 5:17-cv-38-DCB-MTP

OFFICER RICHARD PICKETT                             DEFENDANTS

## NOTICE OF SERVICE

COMES NOW Defendant Richard Pickett, by and through counsel, and gives notice that he has served the following discovery documents in the above-referenced matter:

1.    *Defendant's Witness List*; and

2.    *Defendant's Exhibit List*.

Respectfully submitted, this the 23rd day of December, 2019.

                                        RICHARD PICKETT, DEFENDANT

                                        BY:    /s/ *Steven J. Griffin*
                                                            OF COUNSEL

STEVEN J. GRIFFIN - BAR # 103218
sgriffin@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: (601) 969-7607
FACSIMILE: (601) 969-1116

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2019, I served the foregoing document by U.S. Mail the foregoing document to the following:

>Carl Watts (MDOC #77138)
>Wilkinson County Correctional Facility
>2999 U.S. Highway 61
>Woodville, MS 39669

/s/ *Steven J. Griffin*