UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CARL WATTS, # 77138                                                                                                    PLAINTIFF

VS.                                                               CIVIL ACTION NO. 5:17-cv-38-DCB-MTP

OFFICER RICHARD PICKETT                                                                               DEFENDANTS

### DEFENDANT'S MOTION IN LIMINE REGARDING SETTLEMENT OFFERS

COMES NOW Defendant Richard Pickett, by and through counsel, and files this his *Motion in Limine* regarding settlement offers, as follows:

1. The parties just recently conducted a pre-trial conference and engaged in subsequent communications that all involved discussions regarding potential settlement of Plaintiff's claims against Defendant.

2. Pursuant to F.R.E. 408, any evidence that Defendant or his representatives made any promises or offers to compromise Plaintiff's claims against him are inadmissible and should be excluded. Any such evidence should also be excluded under F.R.E. 403 because its probative value, if any, is substantially outweighed by the danger of unfair prejudice toward Defendant and would confuse the issues.

3. Accordingly, Defendant respectfully requests the Court to prohibit Plaintiff from mentioning or attempting to introduce evidence regarding Defendant's promises or offers to compromise Plaintiff's claims against him within the hearing of the jury.

4. Due to the simple nature of the instant motion, Defendant respectfully requests the Court to waive any requirement under the local rules for a separate memorandum of authorities.

WHEREFORE, PREMISES CONSIDERED, Defendant Richard Pickett respectfully requests the Court to grant his *Motion in Limine* and to instruct Plaintiff that he is prohibited from

{D1338695.1}

mentioning or attempting to introduce evidence regarding Defendant's promises or offers to compromise Plaintiff's claims against him within the hearing of the jury. Defendant further requests any additional relief which the Court deems appropriate.

Respectfully submitted, this the 20th day of January, 2020.

RICHARD PICKETT, DEFENDANT

BY: /s/ *Steven J. Griffin*
OF COUNSEL

STEVEN J. GRIFFIN - BAR # 103218
sgriffin@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: (601) 969-7607
FACSIMILE: (601) 969-1116

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2020, I served the foregoing document by U.S. Mail the foregoing document to the following:

> Carl Watts (MDOC #77138)
> Wilkinson County Correctional Facility
> 2999 U.S. Highway 61
> Woodville, MS 39669

/s/ *Steven J. Griffin*